UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Case No. |
| v. | |
| **DANIEL J. GLAUBER,** | VIOLATIONS: |
| **Defendant.** | 18 U.S.C. § 1001 (Making a False Statement) |

## INFORMATION

The United States Attorney hereby informs the Court that:

### COUNT ONE

1. At all times material to this Information, defendant **DANIEL J. GLAUBER** ("**GLAUBER**") was employed as a contract employee at the United States Office of Personnel Management ("OPM") as a Systems Administrator and at the National Security Agency ("NSA") as a Systems Engineer; both agencies were within the executive branch of the federal government. OPM was headquartered in Washington, D.C., and NSA was headquartered in Maryland.

2. From in or about May 2012 through in or about August 2013, in the District of Columbia and elsewhere, defendant **GLAUBER**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in timesheets submitted at

1

both OPM and NSA. Defendant **GLAUBER** represented that he had worked a combined 593.25 hours at OPM and NSA when he had not, in fact, worked all those hours. These 593.25 hours defendant **GLAUBER** billed OPM and NSA resulted in defendant **GLAUBER** receiving $70,578 in compensation for times when he was neither at OPM nor NSA.

**(Making a False Statement in violation of Title 18, United States Code, Section 1001)**

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

By: _____
Teresa A. Howie
Assistant United States Attorney
555 4th Street, NW, Rm. 5824
Washington, D.C. 20530
(202) 252-6965
teresa.howie@usdoj.gov

2